[No. 10,161.]

## THE PEOPLE *v*. Z. W. BOWEN.

EVIDENCE ON TRIAL FOR RAPE.—On a trial for an assault with intent to commit a rape, the prosecution should not be permitted to introduce in evidence the declarations of the defendant concerning his misconduct with females, other than the one he is charged with having attempted to violate.

APPEAL from the County Court, Solano County.

The defendant was charged in the indictment with having assaulted one Lena Hanna, a girl under ten years of age, with intent to commit a rape. On the trial, the prosecution called one Totten as a witness, and, against the objections of the defendant, were permitted to prove by him declarations of the defendant that he had had intercourse with other girls under ten years of age, but their names were not given. The defendant was convicted, and appealed.

*O. R. Coghlan*, for the Appellant, cited Roscoe's Crim. Ev. p. 86; *People* v. *Jones*, 31 Cal. 565; and *State* v. *Shuford*, 1 Green's Crim. R. 247.

*G. A. Blanchard,* for the People.

By the COURT:

At the trial, the Court allowed the prosecution, against defendant's objection, to introduce in evidence the declarations of defendant concerning his misconduct with other young girls. The Attorney-General admits that this was error, and we agree with the Attorney-General.

Judgment and order denying a new trial reversed, and cause remanded for a new trial.